AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

STON YATES; NHAN VAN HOANG; and
TERRENCE THAO TRUONG,

    Plaintiffs,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:25-cv-00141

CITY OF BLOOMINGDALE; DENNIS G. BAXTER;
GLENDA KEY; RODNEY C. WEST; JIMMY KERBY;
TERRY W. JONES; DAVID OTAKIE; CHARLES
AKRIDGE; and DENISE KERBY,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated January 29, 2026, Defendants' Motion to Dismiss is granted. This case stands closed.

1/29/2026      John E. Triplett, Clerk of Court
Date      Clerk

(By) Ann Duke, Deputy Clerk

GAS Rev 10/1/03